UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

Case No.: 19-19962-SLM

Chapter 13

**In Re:**

**JORGE L. PAUTA and ENDA G. FLORES,**

Hearing Date: July 22, 2020

Judge: Stacey L. Meisel

**Debtors**

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

✓ Settled     ☐ Withdrawn

Matter: Motion for Relief from Automatic Stay

Date: July 21, 2020

/s/ Jason Brett Schwartz
Signature

*rev. 8/1/15*